ORINOCO REALTY CO., INC., Appellant, v. WALTER E. GODFREY, Respondent.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LOUIS R. FINBERG, Respondent, v. OCEAN STEAMSHIP COMPANY OF SAVANNAH, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

EDWARD R. SMEAD, Respondent, v. SAMSON ROSENBLATT, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LANYON'S DETECTIVE AGENCY, INC., Respondent, v. JOHN COCHRANE and Another, Appellants.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ISIDOR PESATY and Another, Respondents, v. JAMES A. HEARN & SON, INC.,

Appellant.— Application °denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.